```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BEATRIZ CARABELLO, mother and natural
guardian of M.H., an infant, and BEATRIZ
CARABELLO, individually,                                        **ORDER ADOPTING REPORT**
                                                                **AND RECOMMENDATION**
                    Plaintiff,                                  09-CV-3775 (RRM) (JMA)

        - against -

THE NEW YORK CITY DEPARTMENT OF
EDUCATION, THE CITY OF NEW YORK, and
KEITH T. MATONE,
                    Defendants.
----------------------------------------------------------X
```

ROSLYNN R. MAUSKOPF, United States District Judge.

By Motion filed on July 16, 2012, defendants New York City Department of Education, City of New York, and Keith T. Matone moved for summary judgment against plaintiff Beatriz Carabello. (Doc. Nos. 49–53.) By Order entered on August 16, 2012, this Court referred that motion to the assigned Magistrate Judge, the Honorable Joan M. Azrack, for a Report and Recommendation. On February 19, 2013, Judge Azrack issued a Report and Recommendation ("R&R") recommending that defendants' motion for summary judgment be granted as to all federal and state law claims. (Doc. No. 60.) Judge Azrack reminded the parties that, pursuant to Rule 72(b), any objection to the R&R was due on or before March 5, 2013. No party has filed any objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is hereby ORDERED that: Defendant's motion for summary judgment is GRANTED, and the Plaintiff's amended complaint in the above matter is DISMISSED. The Clerk of the Court is directed to enter judgment accordingly, and close the case.

SO ORDERED.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
March 6, 2013

_____
ROSLYNN R. MAUSKOPF
United States District Judge