UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEATRIZ CARABELLO, mother and natural
guardian of M.H., an infant, and BEATRIZ
CARABELLO, individually,

                Plaintiff,

  - against -

THE NEW YORK CITY DEPARTMENT OF
EDUCATION, THE CITY OF NEW YORK, and
KEITH T. MATONE,
                Defendants.
------------------------------------------------------------X

**JUDGMENT**
09-CV-3775 (RRM) (JMA)

The Court having issued an Order this day, granting defendants' motion for summary judgment, dismissing the amended complaint, and directing the Clerk of Court to enter judgment accordingly, it is hereby

**ORDERED, ADJUDGED AND DECREED** that plaintiff take nothing of defendants, plaintiff's amended complaint is dismissed, and this case is closed.

Dated: Brooklyn, New York
       March 6, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge

1